# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY<br><br>    Plaintiff<br><br>v.<br><br><br>ROHNERT PARK RODEWAY INN L.P.; and DOES 1 THROUGH 10, Inclusive<br><br><br>    Defendants | Case No.: 3:15-cv-03433-TEH<br><br>ORDER GRANTING VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendant ROHNERT PARK RODEWAY INN L.P. be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 3:15-cv-03433-TEH.

**IT IS SO ORDERED.**

Dated: 09/14/2015



Judge Thelton E. Henderson